**Dismiss and Opinion Filed August 31, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-21-00425-CV**
_____

**CHARLES HARRISON & ALL OTHER OCCUPANTS, Appellant**
**V.**
**ANGELA LUCKEY, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-03288-A**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Osborne

This appeal from the trial court's December 10, 2020 default judgment was filed June 9, 2021. Because the record reflected no post-judgment motion or request for findings of fact and conclusions of law was timely filed, it appeared the appeal was a restricted appeal. *See* TEX. R. APP. P. 30. The notice of appeal, however, did not comply with the requirements for a notice of restricted appeal. *See id.* 25.1(d)(7). Accordingly, we directed appellant to file, no later than July 1, 2021, an amended notice of appeal that complied with the requirements. Although we cautioned appellant that failure to comply could result in dismissal of the appeal without further

notice, appellant has not responded to date. *See id.* 42.3(a),(c).  Accordingly, we dismiss the appeal. *See id.* 42.3(a),(c).


210425f.p05

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CHARLES HARRISON & ALL
OTHER OCCUPANTS, Appellant

No. 05-21-00425-CV     V.

ANGELA LUCKEY, Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-20-03288-A.
Opinion delivered by Justice
Osborne, Justices Pedersen, III and
Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 31st day of August, 2021.